UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.:   1:22cv20178

SATTVICA, S.A., INC.,
a Florida foreign profit corporation
formed under the laws of the Republic of Argentina,

    **Plaintiff,**

vs.

JOHN DOE or JANE DOE subscriber
assigned IP address 23.227.38.74,
DALMA NEREA MARADONA VILLAFAÑE
and DINORAH GIANINA MARADONA
VILLAFAÑE,

    **Defendant.**    /

**COMPLAINT
FOR
<u>DECLARATORY AND INJUNCTIVE RELIEF AND TRADEMARK INFRINGEMENT</u>**

Plaintiff, SATTVICA, S.A., INC. ("SATTVICA"), a Florida foreign profit corporation, formed under the laws of the Republic of Argentina and registered to transact business in the State of Florida, sues Defendants, JOHN DOE or JANE DOE subscriber assigned IP address 23.227.38.74, DALMA NEREA MARADONA VILLAFAÑE ("DALMA VILLAFAÑE") and DINORAH GIANINA MARADONA VILLAFAÑE ("DINORAH VILLAFAÑE") and states as follows:

**VENUE**

1. Venue is proper in the Southern District of Florida pursuant to 28 U.S.C. § 1391(b) because the Defendants conduct substantial business and maintain real property in Miami, Florida.

**JURISDICTION**

-1-

*Sattvica, S.A., Inc.*
*vs.*
*John Doe or Jane Doe subscriber*
*assigned IP address 23.227.38.74,*
*Dalma Nerea Maradona Villafañe and*
*Dinorah Gianina Maradona Villafañe,*

*Complaint*

2. This court has jurisdiction over the subject matter of this action under 28 U.S.C. § 1331 (federal question); 28 U.S.C. § 2201 (declaratory relief); and 28 U.S.C. § 2202 (injunctive relief). There is an actual, justiciable controversy amongst the parties that can be resolved through judicial action.

3. The U.S. District Court for the Southern District of Florida has personal jurisdiction over the Defendants because the Defendants have and maintain real property in Miami, Florida, in the Southern District of Florida and do business in the Southern District of Florida.

## PARTIES

4. SATTVICA is a Florida foreign profit corporation, formed under the laws of the Republic of Argentina, is registered to transact business in the State of Florida, and is the registered owner of the mark "MARADONA" Registration Number 5,456,112 with the United States Patent and Trademark Office.

5. Upon information and belief JOHN DOE or JANE DOE subscriber assigned IP address 23.227.38.74 maintains regular contacts, has owned, or presently owns real estate in Miami, Florida, within the Southern District of Florida.

6. Upon information and belief DALMA VILLAFAÑE maintains regular contacts, has owned, or presently owns real estate in Miami, Florida, within the Southern District of Florida.

7. Upon information and belief DINORAH VILLAFAÑE maintains regular contacts, has owned, or presently owns real estate in Miami, Florida, within the Southern District of Florida.

## GENERAL ALLEGATIONS

*Sattvica, S.A., Inc.*
*vs.*
*John Doe or Jane Doe subscriber*
*assigned IP address 23.227.38.74,*
*Dalma Nerea Maradona Villafañe and*
*Dinorah Gianina Maradona Villafañe,*

*Complaint*

8. Diego Armando Maradona (hereinafter "Maradona") was and still to this day is one of the greatest players in the history of the sport of soccer.

9. A globally recognized marquee Argentinian soccer player Maradona was given the nickname "El Pibe de Oro" ("The Golden Boy"), a name that stuck with him throughout his career.

10. Maradona's success on the soccer field earned him global recognition and overtime, Maradona's name and likeness became an internationally known brand.

11. On or about March 30, 2016, SATTVICA registered the "MARADONA" mark in the Country of Argentina.

12. On March 28, 2016, Maradona executed an authorization in Argentina authorizing SATTVICA to have the exclusive rights to exploit and commercialize the "MARADONA" mark in Argentina and globally.

13. In addition to the "MARADONA" mark, Maradona also authorized SATTVICA to have exclusive rights to exploit and commercialize the following marks: "DIEGO MARADONA", "DIEGOL", "LA MANO DE DIOS", "EL DIEZ", and "EL DIEGO".

14. A true and correct copy of the Argentinian mark and Authorization signed by Diego Armando Maradona is attached is attached hereto as **Composite Exhibit A**.

15. On December 29, 2015, SATTVICA filed with the United States Patent and Trademark Office the mark "MARADONA."

16. On May 1, 2018, after being published for opposition, the "MARADONA" mark was registered to SATTVICA.

*Sattvica, S.A., Inc.*
*vs.*
*John Doe or Jane Doe subscriber*
*assigned IP address 23.227.38.74,*
*Dalma Nerea Maradona Villafañe and*
*Dinorah Gianina Maradona Villafañe,*

*Complaint*

17. A true and correct copy of Registration Number 5,456,112, from the United States Patent and Trademark Office, is attached hereto as **Exhibit B**.

18. A careful review of the United States Patent and Trademark Office registration evidences that the United States Patent and Trademark Office recognized the "MARADONA" mark registered in the country of Argentina. *See* **Exhibit B** at p. 3.

19. Over the years, SATTVICA and its principals have been embroiled in a never-ending battle with the late daughters of Maradona in Argentina over the use of the "MARADONA" mark.

20. SATTVICA proved itself victorious before the tribunals of Argentina, reaffirming that it is the only true and lawful owner of the "MARADONA" mark internationally, registering marks in several countries including the European Union and here in the United States of America.

21. Notwithstanding the clear evidence that SATTVICA is the only true and rightful owner of the "MARADONA" mark, SATTVICA is not immune from individuals or entities misappropriating and misusing the "MARADONA" mark without SATTVICA's authorization or permission.

22. The primary vehicle which the "MARADONA" mark is used without the authorization or permission of SATTVICA is through the popular social media platform Instagram, which was acquired by Facebook on April 9, 2012.

23. Specifically, on or about September 28, 2021, SATTVICA learned that the official "MARADONA" mark had been used to create an Instagram page which was managed by an

*Sattvica, S.A., Inc.*
*vs.*
*John Doe or Jane Doe subscriber*
*assigned IP address 23.227.38.74,*
*Dalma Nerea Maradona Villafañe and*
*Dinorah Gianina Maradona Villafañe,*

*Complaint*

unauthorized user(s) and contained multiple postings which were placed on the page without the express authority of SATTVICA. Below is a screenshot of the unauthorized Instagram page/profile:



24. SATTVICA also learned that several images of Maradona which fall within the scope of the mark were uploaded and shared through the Instagram page, again without the authorization or permission of SATTVICA.

25. Additionally, a review of the user information and profile of the Instagram page, evidences a webpage url www.dm10.com which is linked to the Defendant John Doe or Jane Doe subscriber assigned IP address 23.227.38.74.

26. The webpage linked to the Instagram page sells goods and merchandise which fall within the ambit of the "MARADONA" mark as can be seen in the following screen shots:

*Sattvica, S.A., Inc.*
*vs.*
*John Doe or Jane Doe subscriber*
*assigned IP address 23.227.38.74,*
*Dalma Nerea Maradona Villafañe and*
*Dinorah Gianina Maradona Villafañe,*

*Complaint*



*Sattvica, S.A., Inc.*
*vs.*
*John Doe or Jane Doe subscriber*
*assigned IP address 23.227.38.74,*
*Dalma Nerea Maradona Villafañe and*
*Dinorah Gianina Maradona Villafañe,*

*Complaint*



27.     Upon becoming aware of the improper use of the "MARADONA" mark through the Instagram page, SATTVICA's Argentinian counsel, Mauricio Longin D'Alessandro, filed a formal complaint with Facebook.

28.     SATTVICA and its Argentinian counsel, Mauricio Longin D'Alessandro, followed the established procedure for removing content which is trademarked and/or copyrighted and is uploaded and disseminated without the express authorization or permission of the true owner of the mark or copyright. Below is a screenshot of the procedure as it appears on Instagram's website:

-7-

*Sattvica, S.A., Inc.*
*vs.*
*John Doe or Jane Doe subscriber*
*assigned IP address 23.227.38.74,*
*Dalma Nerea Maradona Villafañe and*
*Dinorah Gianina Maradona Villafañe,*

*Complaint*





      29.     On September 30, 2021, Facebook responded to the complaint stating that "Based on the information you have provided, it's not clear that you are the rights owner or are otherwise

*Sattvica, S.A., Inc.*
*vs.*
*John Doe or Jane Doe subscriber*
*assigned IP address 23.227.38.74,*
*Dalma Nerea Maradona Villafañe and*
*Dinorah Gianina Maradona Villafañe,*

*Complaint*

authorized to submit this report." The response further states that "To help us confirm that you're authorized to report, please email ip@fb.com from an email address associated with your organization or provide us with additional information clarifying your authorization to submit this report. Please reference this report number in your message."

30. A true and correct copy of the formal complaint filed by SATTVICA with Facebook on September 28, 2021, and Facebook's response to the formal complaint on September 30, 2021 is attached hereto as **Exhibit C**.

31. In response, on October 13, 2021, Mr. D'Alessandro sent a formal letter/email to Facebook, and attached the following documents to establish that SATTVICA was the owner of the "MARADONA" mark: (1) a power of attorney granting legal representation of Sattvica; (2) ID of Mauricio Longin D'Alessandro, senior partner at Ayarra & D'Alessandro; (3) Document signed by Diego Armando Maradona, which transfers the brand "Maradona" to Sattvica S.A.; and (3) Registration of the brand Maradona under the name of Sattvica in the USA.

32. A true and correct copy of SATTVICA's response to Facebook on October 13, 2021, along with the attachments is attached hereto as **Composite Exhibit D**.

33. On October 15, 2021, Facebook responded that "Based on the information you've provided, it's not clear that you are the rights owner or are otherwise authorized to submit this report on the rights owner's behalf. Please note that we can only process reports from a rights owner or someone authorized to report on their behalf, such as a lawyer or agent."

34. A true and correct copy of Facebook's response to SATTVICA on October 15,

*Sattvica, S.A., Inc.*
*vs.*
*John Doe or Jane Doe subscriber*
*assigned IP address 23.227.38.74,*
*Dalma Nerea Maradona Villafañe and*
*Dinorah Gianina Maradona Villafañe,*

*Complaint*

2021, is attached hereto as **Exhibit E**.

35. Notwithstanding, SATTVICA and its Argentinian counsel's correspondence and proof that SATTVICA is the only true owner of the "MARADONA" mark, Facebook has not removed the Instagram profile and page taking the position that it cannot adjudicate disputes on behalf of its Instagram platform's users.

36. A review of the Instagram page and the webpage url listed on the Instagram profile evidence that Defendant John Doe or Jane Doe subscriber assigned IP address 23.227.38.74 may own and control both the website and the Instagram account which is improperly using and exploiting the "MARADONA" mark.

37. It also appears by their own admissions in news publications that the webpage and Instagram page which improperly use the "MARADONA" mark, are controlled and operated by DALMA VILLAFAÑE and DINORAH VILLAFAÑE in conjunction with John Doe or Jane Doe subscriber assigned IP address 23.227.38.74.

38. It is clear that neither John Doe or Jane Doe subscriber assigned IP address 23.227.38.74, DALMA VILLAFAÑE, or DINORAH VILLAFAÑE have any right to use and exploit the "MARADONA" mark as they are presently doing.

## COUNT I
## DECLARATORY AND INJUNCTIVE RELIEF

39. SATTVICA re-alleges paragraphs 1 through 38.

40. On May 1, 2018, SATTVICA registered its trademark in the United States for: "MARADONA", "DIEGO MARADONA", "DIEGOL", "LA MANO DE DIOS", "EL DIEZ",

*Sattvica, S.A., Inc.*
*vs.*
*John Doe or Jane Doe subscriber*
*assigned IP address 23.227.38.74,*
*Dalma Nerea Maradona Villafañe and*
*Dinorah Gianina Maradona Villafañe,*

*Complaint*

and "EL DIEGO".

41. On September 28, 2021, SATTVICA notified Facebook that its trademark was being misappropriated and diluted by one of Facebook's users which appear to be traceable back to John Doe or Jane Doe subscriber assigned IP address 23.227.38.74, DALMA VILLAFAÑE, or DINORAH VILLAFAÑE.

42. SATTVICA followed the protocol set by Facebook to report unauthorized use of the "MARADONA" mark.

43. Facebook failed to remove the user profile and page, instead questioning whether SATTVICA was the rightful and legal owner of the content.

44. On October 13, 2021, SATTVICA provided additional proof to Facebook, including but not limited to an official copy of the United States Patent and Trademark Office registration for the "MARADONA" mark, Registration Number 5,456,112.

45. To date, Facebook has refused to remove the unauthorized user and page, continuing to question the legitimacy of SATTVICA's rights to the "MARADONA" mark.

46. SATTVICA has no adequate remedy at law for the above-mentioned conduct. This action for injunctive relief is SATTVICA's only means for securing relief.

47. The Court should grant preliminary and permanent injunctive relief to SATTVICA, enjoining John Doe or Jane Doe subscriber assigned IP address 23.227.38.74, DALMA VILLAFAÑE, or DINORAH VILLAFAÑE from hosting and/or disseminating the unauthorized page using the MARADONA mark on its Instagram platform, directing its immediate removal and

*Sattvica, S.A., Inc.*
*vs.*
*John Doe or Jane Doe subscriber*
*assigned IP address 23.227.38.74,*
*Dalma Nerea Maradona Villafañe and*
*Dinorah Gianina Maradona Villafañe,*

*Complaint*

placing the use and access in the exclusive possession of SATTVICA.

WHEREFORE, Plaintiff, SATTVICA, requests the following relief:

A. Entry of a declaratory judgment, pursuant to 28 U.S.C. §2201, declaring that SATTVICA is the only true and rightful owner of the "MARADONA" mark which also includes: "MARADONA", "DIEGO MARADONA", "DIEGOL", "LA MANO DE DIOS", "EL DIEZ", and "EL DIEGO".

B. Entry of a declaratory judgment, pursuant to 28 U.S.C. §2201, declaring that United States Patent and Trademark Office registration for the "MARADONA" mark, Registration Number 5,456,112 is owned by and registered to SATTVICA.

C. A preliminary injunction, pursuant to Fed. R. Civ. P. 65, enjoining John Doe or Jane Doe subscriber assigned IP address 23.227.38.74, DALMA VILLAFAÑE, or DINORAH VILLAFAÑE from hosting and/or disseminating the unauthorized page using the MARADONA mark on its Instagram platform and directing its immediate removal and placing the use and access in the exclusive possession of SATTVICA.

D. A permanent injunction, pursuant to Fed. R. Civ. P. 65, enjoining John Doe or Jane Doe subscriber assigned IP address 23.227.38.74, DALMA VILLAFAÑE, or DINORAH VILLAFAÑE from hosting and/or disseminating the unauthorized page using the "MARADONA" mark on its Instagram platform and directing its immediate removal and placing the use and access in the exclusive possession of SATTVICA.

E. Reasonable attorneys' fees, and costs of this action.

*Sattvica, S.A., Inc.*
*vs.*
*John Doe or Jane Doe subscriber*
*assigned IP address 23.227.38.74,*
*Dalma Nerea Maradona Villafañe and*
*Dinorah Gianina Maradona Villafañe,*

*Complaint*

## COUNT II
## FEDERAL TRADEMARK INFRINGEMENT UNDER 15 U.S.C. § 1114

48.SATTVICA re-alleges paragraphs 1 through 38.

49.SATTVICA owns the rights to the "MARADONA" mark, which are valid and subsisting.

50.SATTVICA's rights in the "MARADONA" mark predate Defendants' use of the "MARADONA" mark in connection with any goods or services.

51.Based on the totality of the facts and circumstances alleged herein, Defendants are using the "MARADONA" mark and are using and/or have an intent to imminently use in commerce the MARADONA" mark in connection with the sale, offering for sale, distribution, or advertising of apparel or accessories in ways that are likely to confuse consumers; and Defendants are using and/or have an intent to imminently use in commerce the MARADONA" mark for the sale, offering for sale, and distribution of their goods.

52.Defendants' conduct as alleged herein is likely to cause confusion, or to cause mistake, or to deceive, in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

53.The public in the United States and worldwide associate the MARADONA" mark with SATTVICA. Among other things, Defendants unauthorized use is likely to cause consumers to believe, contrary to fact, that Defendants' goods and services are sold, authorized, endorsed, sponsored, or otherwise approved by SATTVICA, or that Defendants are in some way affiliated with SATTVICA.

54.Defendants' conduct as alleged herein threatens to cause and is causing immediate

*Sattvica, S.A., Inc.*
*vs.*
*John Doe or Jane Doe subscriber*
*assigned IP address 23.227.38.74,*
*Dalma Nerea Maradona Villafañe and*
*Dinorah Gianina Maradona Villafañe,*

*Complaint*

and irreparable harm and injury to SATTVICA and to its goodwill and reputation. Defendants' conduct as alleged herein will continue to both damage SATTVICA and confuse the public unless enjoined by this Court. SATTVICA has no adequate remedy at law.

55. Defendants' continued conduct as alleged herein constitutes willful infringement of SATTVICA's exclusive rights in the "MARADONA" mark.

56. Defendants' continued conduct as alleged herein is extraordinary and therefore makes this an exceptional case within the meaning of 15 U.S.C. § 1117.

57. Each Defendant is directly, contributorily, and vicariously liable for the infringement of every other Defendant.

WHEREFORE, Plaintiff, SATTVICA, requests injunctive relief and an award of actual damages, Defendants' profits, enhanced damages and profits, reasonable attorneys' fees, and costs of the action under Sections 34 and 35 of the Lanham Act, 15 U.S.C. §§ 1116, 1117, together with prejudgment and post-judgment interest.

**DATED THIS __13th__ DAY OF JANUARY, 2022.**

*/s/ Jose-Trelles Herrera*
**JOSE-TRELLES HERRERA, ESQ.**
**Florida Bar No.: 113685**
**HERRERA LAW FIRM, P.A.**
**P.O. Box 442968**
**Miami, Florida 33144**
**Tel: (305) 445-1100 / Fax: (305) 221-8805**
**E-mail: JTHerrera@Herreralawfirm.com**
         **VTarajano@Herreralawfirm.com**