UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20178-CIV-ALTONAGA/Torres

**SATTVICA S.A., INC.**,

    Plaintiff,
v.

**JOHN DOE or JANE DOE subscriber assigned IP address 23.227.38.74**, *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court on Defendants, Dalma Nerea Maradona Villafañe and Dinorah Gianinna Maradona Villafañe's corrected Motion to Vacate Judgment **[ECF No. 43]**, filed on July 29, 2022.  Under Local Rule 7.1(c), "each party opposing a motion shall serve an opposing memorandum of law not later than fourteen (14) days after service of the motion." Failure to do so may be deemed sufficient cause for granting the motion by default."  S.D. Fla. L.R. 7.1(c).  Plaintiff, Sattvica S.A., Inc.'s response to the Motion was due on August 12, 2022.  To date, Plaintiff has failed to respond to the Motion and has not requested an enlargement of time to do so.  Being fully advised, it is

    **ORDERED AND ADJUDGED** as follows:

1. Defendants, Dalma Nerea Maradona Villafañe and Dinorah Gianinna Maradona Villafañe's corrected Motion to Vacate Judgment **[ECF No. 43]** is **GRANTED** by default.

2. The Court's July 18, 2022 Order granting in part Plaintiff's Motion for Default Final Judgment **[ECF No. 36]** is **SET ASIDE** as to Defendants, Dalma Nerea Maradona Villafañe and Dinorah Gianinna Maradona Villafañe.

3. The Clerk's Default **[ECF No. 27]** is **SET ASIDE** as to Defendants, Dalma Nerea Maradona Villafañe and Dinorah Gianinna Maradona Villafañe.

CASE NO. 22-20178-CIV-ALTONAGA/Torres

4. The case shall remain **CLOSED** until all Defendants have been properly served and Plaintiff submits proof of service.

**DONE AND ORDERED** in Miami, Florida, this 15th day of August, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record